| | | | |
|---|---|---|---|
| Com. v. Barnhart ... | 10/07/2015146 WAL (2015) | Denied | Pa.Super., 120 A.3d 1057 |
| Com. v. Berrioz [1] ... | 10/14/2015390 EAL (2015) | Denied | Pa.Super., 121 A.3d 1136 |
| Com. v. Bess ....... | 09/30/2015375 EAL (2015) | Denied | Pa.Super., 122 A.3d 455 |
| Com. v. Bidwell .... | 09/29/2015245 MAL (2015) | Denied | Pa.Super., 120 A.3d 1047 |
| Com. v. Bieros ..... | 10/14/2015278 EAL (2015) | Denied | Pa.Super., 121 A.3d 1134 |
| Com. v. Bowman ... | 09/29/2015350 EAL (2015) | Denied | Pa.Super., 122 A.3d 1118 |
| Com. v. Bowra ..... | 11/02/2015150 WAL (2015) | Denied | Pa.Super., 120 A.3d 391 |
| Com. v. Boynton ... | 10/14/2015584 MAL (2015) | Denied | Pa.Super., 122 A.3d 457 |
| Com. v. Brimage ... | 11/04/2015289 WAL (2015) | Denied | Pa.Super., 122 A.3d 1140 |
| Com. v. Brown [2] .... | 09/30/2015182 WAL (2015) | Denied | Pa.Super., 111 A.3d 171 |
| Com. v. Burks ...... | 11/10/2015250 WAL (2015) | Denied | Pa.Super., 122 A.3d 1144 |
| Com. v. Burnett .... | 10/07/2015235 EAL (2015) | Denied | Pa.Super., 120 A.3d 1063 |
| Com. v. Burton ..... | 09/28/2015163–167 MAL (2015) | Denied | Pa.Super., 120 A.3d 375 |
| Com. v. Carbone ... | 11/04/2015162 WAL (2015) | Denied | Pa.Super., 116 A.3d 689 |

1. Reconsideration Denied November 16, 2015.
2. Reconsideration Denied November 17, 2015.